THOMAS P. RILEY, SBN194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
1114 Fremont Avenue
South Pasadena, CA 91030

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | Case No. 2:12-CV-01102-DSC |
| Plaintiff, | CERTIFICATE OF SERVICE OF ORDER |
| vs. | |
| KAILASH PATEL, et al., | |
| Defendants. | |

TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

On August 7, 2012, Plaintiff's counsel duly served a true and correct copy of the enclosed Order upon all Parties of record or their counsel.

Respectfully submitted,

Dated: August 7, 2012      /s/ Thomas P. Riley
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
Joe Hand Promotions, Inc.

RE:   Joe Hand Promotions, Inc. v. Kailash Patel, et al.
      Civil Action No. 2:12cv1102-DSC

# NOTICE

The instant civil action has been designated for placement into the United States District Court for the Western District of Pennsylvania's Alternative Dispute Resolution (ADR) program.

The parties are directed to fully complete the required Rule 26(f) report, which includes the stipulation of selecting an ADR process.

For further information, parties should refer to Local Rule 16.2 and the Court's ADR Policies and Procedures, which can be accessed at the Court's website at www.pawd.uscourts.gov

Counsel for plaintiff (or in the case of a removal action, counsel for removing defendant) shall make service of this notice on all parties.

The attorneys of record and all unrepresented parties that appear in this case are reminded that they are jointly responsible for submitting to the Court the following documents prior to the Initial Case Management Conference, in addition to any additional requirements of the assigned Judge:

(a)   a written report required by Fed.R.Civ.P. 26(f), in the format set forth in Appendix to the Local Civil Rule 16.1.1A
(b)   a stipulation selecting an ADR process (pursuant to Revised Local Rule 16.2).

# PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On August 7, 2012, I served:

**CERTIFICATE OF SERVICE OF ORDER**

On all parties referenced by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Kailash Patel (Defendant)
250 S. Main Street
Washington, PA 15301

PSP Beer, LLC (Defendant)
250 S. Main Street
Washington, PA 15301

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on August 7, 2012, at South Pasadena, California.

Dated: August 7, 2012            /s/ Maria Baird
                                 **MARIA BAIRD**